Floyd W. Bybee, #012651
**BYBEE LAW CENTER, PLC**
90 S. Kyrene Rd., Ste. 5
Chandler, AZ 85226-4687
Office: (480) 756-8822
Fax: (480) 302-4186
floyd@bybeelaw.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Shaun P. Hester;<br><br>  Plaintiff,<br><br>v.<br><br>Autovest, LLC;<br><br>  Defendant. | No. CV15-0585-PHX-MHB<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE** |

Plaintiff, by and through counsel, hereby gives notice of dismissal of this case in its entirety against all parties with prejudice, with each party to bear its own attorney's fees and costs.

/ / /

/ / /

1

2     RESPECTFULLY SUBMITTED:  April 29, 2015  .

3

4                                        s/ Floyd W. Bybee
                                   Floyd W. Bybee, #012651

5                                    **BYBEE LAW CENTER, PLC**
                                   90 S. Kyrene Rd., Ste. 5

6                                    Chandler, AZ 85226-4687
                                   Office: (480) 756-8822

7                                    Fax: (480) 302-4186
                                   floyd@bybeelaw.com

8

                                   Attorney for Plaintiff

9

10 Copy of the foregoing *mailed*
    April 29, 2015  to:

11

12 Lindsay Hughes
Gurstel Chargo, PA
9320 E. Raintree Dr

13 Scottsdale, AZ 85260-2016
Attorney for Defendant

14

15 by  Floyd W. Bybee

16

17

18

19

20

21

22

23

24

25

- 2 -